# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

FILED

SEP - 7 2018

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

JACKSON NATIONAL LIFE INSURANCE COMPANY

---

*Plaintiff(s)*

v.

PATRICIA A. BAKER and JESSICA E. BAKER,
Individually and as Administratrix of the ESTATE OF
FRANK J. BAKER, JR.

---

*Defendant(s)*

Civil Action No.    5:17-CV-78

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award          ☐ Judgment costs          ☒ Other

other:  IT IS ORDERED that defendant Jessica E. Baker's motion for summary judgment is GRANTED; defendant Patricia A. Baker's motion for summary judgment is DENIED; Clerk to DISTRIBUTE $250,000.00 along with $32.80 in return of premium and any applicable interest prior to deposit into Court's Registry; and this civil action is DISMISSED and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury          ☐ tried by judge          ☒ decided by judge

decided by Judge  Frederick P. Stamp, Jr.

**Cheryl Dean Riley**

*CLERK OF COURT*
Cheryl Dean Riley

Date:    September 7, 2018

_____
*Signature of Clerk or Deputy Clerk*