# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

JACKSON NATIONAL LIFE INSURANCE COMPANY

*Plaintiff(s)*

v.   Civil Action No. 5:17-CV-78

PATRICIA A. BAKER and JESSICA E. BAKER, Individually and as Administratrix of the ESTATE OF FRANK J. BAKER, JR.

*Defendant(s)*

## CORRECTED JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other:

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that defendant Jessica E. Baker's motion for summary judgment is GRANTED; defendant Patricia A. Baker's motion for summary judgment is DENIED; Clerk to DISTRIBUTE $250,000.00 along with $32.80 in return of premium and any applicable interest prior to deposit into Court's Registry, along with any interest accrued on the total amount of the funds while with the Clerk of Court, and AND IT IS FURTHER ORDERED that this civil action is DISMISSED and STRICKEN from the active docket of this Court.

Date: September 10, 2018

*CLERK OF COURT*
Cheryl Dean Riley

/s/ S. O. Abraham, Deputy Clerk

*Signature of Clerk or Deputy Clerk*